UNPUBLISHED

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 99-2658

BETSY NICHOLSON,

Plaintiff - Appellant,

versus

UNITED STATES OF AMERICA; DEPARTMENT OF THE
TREASURY; INTERNAL REVENUE SERVICE,

Defendants - Appellees.

Appeal from the United States District Court for the Eastern District of Virginia, at Alexandria. Gerald Bruce Lee, District Judge.
(CA-99-1143-A)

Submitted: April 13, 2000          Decided: April 19, 2000

Before WIDENER and WILKINS, Circuit Judges, and HAMILTON, Senior
Circuit Judge.

Affirmed by unpublished per curiam opinion.

Betsy Nicholson, Appellant Pro Se.  A. Wray Muoio, UNITED STATES
DEPARTMENT OF JUSTICE, Washington, D.C., for Appellees.

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Betsy Nicholson appeals from the district court's order dismissing her complaint in which she challenged the Internal Revenue Service's assessment of federal income taxes and its collection of taxes through a levy on her wages. We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the district court. See Nicholson v. United States, No. CA-99-1143-A (E.D. Va. Nov. 17, 1999).[*] We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED

---

[*] Although the district court's order is marked as "filed" on November 12, 1999, the district court's records show that it was entered on the docket sheet on November 17, 1999. Pursuant to Rules 58 and 79(a) of the Federal Rules of Civil Procedure, it is the date the order was entered on the docket sheet that we take as the effective date of the district court's decision. See Wilson v. Murray, 806 F.2d 1232, 1234-35 (4th Cir. 1986).